# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

ROBERTO VALDEZ-CALIXTO

**CRIMINAL COMPLAINT**

CASE NUMBER: 08 CR 50021

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief:

On or about March 22, 2005, at McHenry County, in the Northern District of Illinois, Western Division, and elsewhere, ROBERTO VALDEZ-CALIXTO, defendant herein, did move and travel in interstate commerce with the intent to avoid prosecution for the crimes of First Degree Murder, Aggravated Battery, and Mob Action, felonies under the laws of the State of Illinois, in violation of Title 18, United States Code, Section 1073.

I further state that I am a Special Agent with the Federal Bureau of Investigation ("FBI") and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

# FILED

APR 1 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Complainant
RANDALL L. SEALBY
FBI Special Agent

Sworn to before me and subscribed in my presence,

April 18, 2008
Date

at   Rockford, Illinois
City and State

P. MICHAEL MAHONEY, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES OF AMERICA     )
                                   ) SS
NORTHERN DISTRICT OF ILLINOIS   )

## A F F I D A V I T

I, RANDALL L. SEALBY, personally appearing before United States Magistrate Judge P. Michael Mahoney and being duly sworn on oath, depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI").

2.      I have been informed by the McHenry County State's Attorney that on March 22, 2005, a warrant was issued by the Circuit Court for McHenry County, Illinois, for the arrest of ROBERTO VALDEZ-CALIXTO (hereinafter "the defendant") for the crimes of First Degree Murder, Aggravated Battery, and Mob Action, felonies under the laws of the State of Illinois. A certified copy of the indictment and warrant are attached hereto.

3.      Investigation by the Harvard Police Department has revealed that the defendant fled Illinois following the crime charged and is in Texcapilla, Mexico. In particular, on November 29, 2007, Lieutenant Donald Carlson of the McHenry County Sheriff's Police received an e-mail from the FBI which related to FBI Internet Activity Report 1750887. The report included the text of an email received on the FBI's Internet website from a person identified as Horacio Vergara Jaimes, from e-mail address shermilo@hotmail.com. In the e-mail, Jaimes stated that he had information about the defendant, who was accused of killing Cecilio Hernandez, 31 of Harvard. Jaimes stated in the e-mail that the victim, Cecilio Hernandez, was killed on February 20, 2005 in McHenry, County, and had been living at 347 Division Street, #129, Harvard, Illinois at the time. All of that information is accurate. In addition, Jaimes stated in the e-mail that the defendant was living in Texcapilla, Mexico, a small town approximately two hours south of Mexico City.

4.    I have been informed by the State's Attorney for McHenry County, Illinois, that the

defendant will be extradited from wherever the defendant is apprehended.

RANDALL L. SEALBY
Special Agent
Federal Bureau of Investigation


SUBSCRIBED AND SWORN to before me on April 18, 2008.

P. MICHAEL MAHONEY
United States Magistrate Judge

Warrant of Arrest     Chapter 725, Paragraph     7-9, Illinois Compiled Statutes

**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT**
**McHENRY COUNTY**

*ORIGINAL*

THE PEOPLE OF THE STATE OF ILLINOIS

☐ Bill of Indictment          ☒ Citation / Complaint

vs.

☐ Failure to Appear          ☐ Petition to Revoke

☐ Default in Payment of Fine - issued pursuant to the authority of Chapter 730, Paragraph 5/5-9-3, Illinois Compiled Statutes

Roberto Valdez-Calixto
_____
name

Case Number(s)   05CF214

HARVARD CASE # 050200532

106 N. Hart street
_____
address

Sex M _____ Date of Birth 02-22-79   **MAR 22 2005**

Harvard, IL. 60033
_____
city, state, zip

VERNON W. KAYS, JR.
McHENRY CTY. CIR. CLK.

## WARRANT OF ARREST

TO ALL PEACE OFFICERS OF THE STATE OF ILLINOIS:

You are hereby commanded to arrest Roberto Valdez-Calixto

and bring said person without unnecessary delay before presiding Judge, of the Circuit Court of the 19th Judicial Circuit, McHenry

County, in the courtroom usually occupied by him in the McHenry County Courthouse, 2200 N. Seminary Avenue, Woodstock, Illinois,

or if he is absent or unable to act, before the nearest or most accessible court in said County, to answer the charge made against said

person for the offense(s) of First Degree Murder/ Aggravated Battery/ Mob Action

_____ and hold said person to bail.

The amount of bail is $ 1,000,000.00
ISSUED AT WOODSTOCK, McHENRY COUNTY, ILLINOIS, this 20th day of Feb 20 05

_____
(Signature of Judge)

Return Court Date: march 3, 2005   Time: @ 9:00 Am Room: _____ Judge _____

☒ Branch 1, McHenry County Courthouse, 2200 N. Seminary Avenue, Woodstock, Illinois, 60098

☐ Branch III, McHenry City Hall, 333 S. Green Street, McHenry, Illinois, 60050

STATE OF ILLINOIS
COUNTY OF McHENRY          ss.

## RETURN OF SERVICE

I have executed the within Warrant by arresting the within-named defendant. In accordance with the provisions of Chapter 725, paragraph 5/110-9, Illinois Compiled Statutes, defendant released on bail in sum of $ _____, with security:

_____ (Surety: _____ )

(description of surety)          (name)          (address)

this _____ day of _____ '19 _____, to appear in court on _____

the _____ day of _____ '19 _____, at _____ m. o'clock, Central _____ Time.
(standard or daylight)

FEES: Service and return $ _____ Mileage ( _____ miles @ _____ ) $ _____ Total $ _____

_____
(Signature)

_____
(Official Capacity)

Court Copy - White          Peace Officer's Copy - Yellow          Defendant's Copy - Pink          W715 Illinis Office Supply - Ott., IL

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS

**FILED**

MAR 17 2005

VERNON W. KAYS, JR.
McHENRY CTY. CIR. CLK.

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) No. |
| | ) Report No. 050200532 |
| | ) Agency: Harvard |
| | ) |
| | ) |

| | |
|---|---|
| Roberto Valdez-Calixto | ) |
| DOB: 02/22/79 | ) No.    05 CF 214 |
| SSN: Unknown | ) |
| 106 N. Hart Street | ) |
| Harvard, IL  60033 | ) |

## BILL OF INDICTMENT

### Count 1

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Jose Santos Valdez-Calixto committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification and with the intent to kill or do great bodily harm to Cecilio Hernandez Ramirez, stabbed and struck Cecilio Hernandez Ramirez on or about the body, thereby causing the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(1) of the Illinois Compiled Statutes.

Class Murder

(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes,  a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

Count 2

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Jose Santos Valdez-Calixto committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification, stabbed and struck Cecilio Hernandez Ramirez on or about the body, knowing said act would cause the death of Cecilio Hernandez Ramirez, thereby causing the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(1) of the Illinois Compiled Statutes.

Class Murder

(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes, a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

Count 3

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Jose Santos Valdez-Calixto committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification, stabbed and struck Cecilio Hernandez Ramirez on or about the body, knowing such act created a strong probability of death or great bodily harm to Cecilio Hernandez Ramirez, thereby causing the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(2) of the Illinois Compiled Statutes.

Class Murder

(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes, a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

Count 4

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Jose Santos Valdez-Calixto committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification, while committing a forcible felony, Mob Action, in violation of Illinois Compiled Statutes, Chapter 720, Section 5/25-1(a)(1), stabbed and struck Cecilio Hernandez Ramirez on or about the body and thereby caused the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(3) of the Illinois Compiled Statutes.

Class Murder

(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes, a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

## Count 5

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Jose Santos Valdez-Calixto committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Juan Rivera-Garcia, Marciano Valdez and Roberto Valdez-Calixto, and without authority of law, stabbed and struck Cecilio Hernandez Ramirez on or about the body thereby inflicting injury to Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

## Count 6

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Jose Santos Valdez-Calixto committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Juan Rivera-Garcia, Marciano Valdez and Roberto Valdez-Calixto, and without authority of law, struck Marcelino Hernandez Ramirez on or about the body thereby inflicting injury to Marcelino Hernandez Ramirez, in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

## Count 7

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Jose Santos Valdez-Calixto committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Juan Rivera-Garcia, Marciano Valdez and Roberto Valdez-Calixto, and without authority of law, struck Victor Castaneda Nova on or about the body thereby inflicting injury to Victor Castaneda Nova, in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

Count 8

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Jose Santos Valdez-Calixto committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Juan Rivera-Garcia, Marciano Valdez and Roberto Valdez-Calixto, and without authority of law, struck Jorge Hernandez Prado on or about the body thereby inflicting injury to Jorge Hernandez Prado in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

Count 9

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Juan Rivera-Garcia committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification and with the intent to kill or do great bodily harm to Cecilio Hernandez Ramirez, stabbed and struck Cecilio Hernandez Ramirez on or about the body, thereby causing the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(1) of the Illinois Compiled Statutes.

Class Murder

(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes, a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

Count 10

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Juan Rivera-Garcia committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification, stabbed and struck Cecilio Hernandez Ramirez on or about the body, knowing said act would cause the death of Cecilio Hernandez Ramirez, thereby causing the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(1) of the Illinois Compiled Statutes.

Class Murder

(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes, a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

Count 11

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Juan Rivera-Garcia committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification, stabbed and struck Cecilio Hernandez Ramirez on or about the body, knowing such act created a strong probability of death or great bodily harm to Cecilio Hernandez Ramirez, thereby causing the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(2) of the Illinois Compiled Statutes.

Class Murder

(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes, a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

Count 12

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Juan Rivera-Garcia committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification, while committing a forcible felony, Mob Action, in violation of Illinois Compiled Statutes, Chapter 720, Section 5/25-1(a)(1), stabbed and struck Cecilio Hernandez Ramirez on or about the body and thereby caused the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(3) of the Illinois Compiled Statutes.

Class Murder

(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes, a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

Count 13

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Juan Rivera-Garcia committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Jose Santos Valdez-Calixto, Marciano Valdez and Roberto Valdez-Calixto, and without authority of law, stabbed and struck Cecilio Hernandez Ramirez on or about the body thereby inflicting injury to Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

## Count 14

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Juan Rivera-Garcia committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Jose Santos Valdez-Calixto, Marciano Valdez and Roberto Valdez-Calixto, and without authority of law, struck Marcelino Hernandez Ramirez on or about the body thereby inflicting injury to Marcelino Hernandez Ramirez, in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

## Count 15

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Juan Rivera-Garcia committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Jose Santos Valdez-Calixto, Marciano Valdez and Roberto Valdez-Calixto, and without authority of law, struck Victor Castaneda Nova on or about the body thereby inflicting injury to Victor Castaneda Nova, in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

## Count 16

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Juan Rivera-Garcia committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Jose Santos Valdez-Calixto, Marciano Valdez and Roberto Valdez-Calixto, and without authority of law, struck Jorge Hernandez Prado on or about the body thereby inflicting injury to Jorge Hernandez Prado in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

<u>Count 17</u>

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Marciano Valdez committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification and with the intent to kill or do great bodily harm to Cecilio Hernandez Ramirez, stabbed and struck Cecilio Hernandez Ramirez on or about the body, thereby causing the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(1) of the Illinois Compiled Statutes.

Class Murder
(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes, a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

<u>Count 18</u>

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Marciano Valdez committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification, stabbed and struck Cecilio Hernandez Ramirez on or about the body, knowing said act would cause the death of Cecilio Hernandez Ramirez, thereby causing the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(1) of the Illinois Compiled Statutes.

Class Murder
(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes, a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

<u>Count 19</u>

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Marciano Valdez committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification, stabbed and struck Cecilio Hernandez Ramirez on or about the body, knowing such act created a strong probability of death or great bodily harm to Cecilio Hernandez Ramirez, thereby causing the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(2) of the Illinois Compiled Statutes.

Class Murder
(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes, a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

Count 20

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Marciano Valdez committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification, while committing a forcible felony, Mob Action, in violation of Illinois Compiled Statutes, Chapter 720, Section 5/25-1(a)(1), stabbed and struck Cecilio Hernandez Ramirez on or about the body and thereby caused the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(3) of the Illinois Compiled Statutes.

Class Murder

(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes, a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

Count 21

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Marciano Valdez committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Jose Santos Valdez-Calixto, Juan Rivera-Garcia and Roberto Valdez-Calixto, and without authority of law, stabbed and struck Cecilio Hernandez Ramirez on or about the body thereby inflicting injury to Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

Count 22

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Marciano Valdez committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Jose Santos Valdez-Calixto, Juan Rivera-Garcia and Roberto Valdez-Calixto, and without authority of law, struck Marcelino Hernandez Ramirez on or about the body thereby inflicting injury to Marcelino Hernandez Ramirez, in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

## Count 23

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Marciano Valdez committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Jose Santos Valdez-Calixto, Juan Rivera-Garcia and Roberto Valdez-Calixto, and without authority of law, struck Victor Castaneda Nova on or about the body thereby inflicting injury to Victor Castaneda Nova, in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

## Count 24

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Marciano Valdez committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Jose Santos Valdez-Calixto, Juan Rivera-Garcia and Roberto Valdez-Calixto, and without authority of law, struck Jorge Hernandez Prado on or about the body thereby inflicting injury to Jorge Hernandez Prado, in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

## Count 25

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Roberto Valdez-Calixto committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification and with the intent to kill or do great bodily harm to Cecilio Hernandez Ramirez, stabbed and struck Cecilio Hernandez Ramirez on or about the body, thereby causing the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(1) of the Illinois Compiled Statutes.

Class Murder

(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes, a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

## Count 26

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Roberto Valdez-Calixto committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification, stabbed and struck Cecilio Hernandez Ramirez on or about the body, knowing said act would cause the death of Cecilio Hernandez Ramirez, thereby causing the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(1) of the Illinois Compiled Statutes.

Class Murder

(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes, a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

## Count 27

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Roberto Valdez-Calixto committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification, stabbed and struck Cecilio Hernandez Ramirez on or about the body, knowing such act created a strong probability of death or great bodily harm to Cecilio Hernandez Ramirez, thereby causing the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(2) of the Illinois Compiled Statutes.

Class Murder

(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes, a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

## Count 28

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Roberto Valdez-Calixto committed the offense of FIRST DEGREE MURDER in that said defendant, without lawful justification, while committing a forcible felony, Mob Action, in violation of Illinois Compiled Statutes, Chapter 720, Section 5/25-1(a)(1), stabbed and struck Cecilio Hernandez Ramirez on or about the body and thereby caused the death of Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/9-1(a)(3) of the Illinois Compiled Statutes.

Class Murder

(Pursuant to Chapter 730, Section 5/5-8-1(a)(1)(a) of the Illinois Compiled Statutes, a sentence of imprisonment for a conviction of first degree murder shall be for a term not less than 20 years and not more than 60 years)

Count 29

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Roberto Valdez-Calixto committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Jose Santos Valdez-Calixto, Juan Rivera-Garcia and Marciano Valdez, and without authority of law, stabbed and struck Cecilio Hernandez Ramirez on or about the body thereby inflicting injury to Cecilio Hernandez Ramirez, in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

Count 30

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Roberto Valdez-Calixto committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Jose Santos Valdez-Calixto, Juan Rivera-Garcia and Marciano Valdez, and without authority of law, struck Marcelino Hernandez Ramirez on or about the body thereby inflicting injury to Marcelino Hernandez Ramirez, in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

Count 31

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Roberto Valdez-Calixto committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Jose Santos Valdez-Calixto, Juan Rivera-Garcia and Marciano Valdez, and without authority of law, struck Victor Castaneda Nova on or about the body thereby inflicting injury to Victor Castaneda Nova, in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

## Count 32

The Grand Jury charges:

That on or about February 19, 2005, in McHenry County, State of Illinois, Roberto Valdez-Calixto committed the offense of MOB ACTION in that the said defendant, knowingly and by the use of force or violence, disturbed the public peace in that said defendant, while acting together with Jose Santos Valdez-Calixto, Juan Rivera-Garcia and Marciano Valdez, and without authority of law, struck Jorge Hernandez Prado on or about the body thereby inflicting injury to Jorge Hernandez Prado, in violation of Chapter 720, Section 5/25-1(a)(1) of the Illinois Compiled Statutes.

Class 4 Felony

A TRUE BILL

_____
Foreman

# LIST OF WITNESSES

Detective D. Burton

————

————

————

### STATE OF ILLINOIS

### IN THE CIRCUIT COURT OF THE 19TH JUDICIAL COURT

### McHENRY COUNTY, ILLINOIS

The within indictment returned in open court on _____ 03/10/05 _____.

Valdez-Calixto, J.    Total bail set, ~~with warrant of arrest ordered to issue~~  $1,000,000.00, Jail.

Rivera-Garcia    Total bail set, ~~with warrant of arrest ordered to issue~~  $1,000,000.00, Jail.

Valdez    Total bail set, ~~with warrant of arrest ordered to issue~~  $1,000,000.00, Jail.

Valdez-Calixto, R.    Total bail set, with warrant of arrest ordered to issue  $1,000,000.00.

_Michael S. Caldwell_

JUDGE